UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIE WANG,<br><br>        Plaintiff,<br><br>    v.<br><br>GABRIEL MCDANIELS,<br><br>        Defendant. | Case No. 16-cv-04901-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**<br><br>Re: Dkt. No. 1 |

On August 25, 2016, Plaintiff filed a "Notice of Removal" for an unlawful detainer action filed in Alameda Superior Court, case no. RG16-812724. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jon S. Tigar to determine whether it is related to *Wang v. McDaniels,* 3:16-cv-03760-JST, which involved the removal and remand of Alameda Superior Court case no. RG16-812724.

**IT IS SO ORDERED.**

Dated: August 30, 2016

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIE WANG,<br><br>            Plaintiff,<br><br>    v.<br><br>GABRIEL MCDANIELS,<br><br>            Defendant. | Case No.  4:16-cv-04901-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 31, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriel McDaniels
385 Fairmount Avenue
Oakland, CA 94611

Dated: August 31, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

2